UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>METEO RUNNING ENEMY,<br><br>Defendant. | 3:23-CR-30077-RAL<br><br>SENTENCING<br>SCHEDULING ORDER |

Defendant Mateo Running Enemy appeared before Magistrate Judge Mark Moreno for a change of plea hearing on November 8, 2023. Judge Moreno issued a Report and Recommendation recommending that the Court accept Defendant's plea of guilty to Count 1 as alleged in the Superseding Information. For good cause, it is hereby

ORDERED that this Court adopts the Report and Recommendation, Doc. 36, the plea of guilty is accepted, and Defendant is adjudged guilty of Count 1 as alleged in the Superseding Information. It is further

ORDERED that the draft presentence report shall be filed by the Probation Office in CM/ECF using the Draft Presentence Report event by **December 18, 2023.** It is further

ORDERED that any objection to the presentence report and notice of intent to seek a departure by either the Government or the Defendant shall be filed by counsel in CM/ECF using the Objections to Presentence Report event by **January 2, 2024.** If counsel has no objections to

the presentence report, counsel should indicate such by using the Notice of No Objections to Presentence Report event. It is further

ORDERED that all letters of support shall be filed by counsel in CM/ECF using the Sealed Letter(s) of Support event by **January 16, 2024**. All letters of support shall be legibly scanned as one document and not scanned as separate documents. It is further

ORDERED that the final presentence report shall be filed by the Probation Office in CM/ECF using the Final Presentence Report event by **January 16, 2024**. An addendum setting forth any unresolved objections, the grounds for those objections, and the probation officer's comments on those objections shall also be filed in CM/ECF using the Addendum to Final Presentence Report event. It is further

ORDERED that any Sentencing Memorandum and Motion for Departure or Variance shall be filed in CM/ECF by **January 22, 2024**. It is further

ORDERED that the sentencing hearing and any necessary evidentiary hearing regarding sentencing shall be held on **Monday, January 29, 2024, at 1:00 p.m.**, in the Courtroom of the U.S. Courthouse in Pierre, South Dakota.

DATED this 9th day of November, 2023.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE